UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,    :

       Plaintiff,    :

vs.    :

MARION McCLEOD,    :

       Defendant.    :

_____/



## NOTICE OF ASSIGNMENT

    The above captioned case has been assigned to the Assistant Federal Public Defender

specified below.  Please send all notices and inquiries to this attorney at the address listed.

            Respectfully submitted,

            KATHLEEN M. WILLIAMS
            FEDERAL PUBLIC DEFENDER

            By:_____
                Timothy M. Day
                Assistant Federal Public Defender
                Florida Bar No. 360325
                101 N.E. 3rd Avenue
                Suite 202
                Fort Lauderdale, Florida  33301
                (954) 356-7436
                (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this
_14_ day of October, 2000 to Bruce Brown, Esquire, United States Attorney's Office, 299 E.
Broward Blvd., Fort Lauderdale, Florida 33301.

Timothy M. Day

S:\DAY\McCleod\ASSIGN