UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                                         Case No: 00-6293-CR-FERGUSON

__TROY BROWN, etal_____/

**ORDER**

*FILED by __ D.C.*
*OCT 13 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Indictment be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 13th day of October, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE