## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | MARION McCLEOD (J) | CASE NO: | 00-6293-CR-FERGUSON |
| AUSA: | BRUCE BROWN  yes | ATTY: | FPD - Tim Day |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD/ARRAIGNMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by D.C. OCT 19 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't proceeded by proffer

Det. Jeffrey Hendricks FTL/PD sworn for cross

PTD Ordered
danger to Comm

Reading of Indictment Waived
~~Not Guilty plea entered~~
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-9 | 11 | LSS | |

DATE: 10/19/00   TIME  10:00 AM.   FTL/LSS TAPE # 00 - 053   Begin: 12⁸   End: 1236

+ 00-054

#45