

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA

vs

MARION McCLEOD

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:_____FEDERAL PUBLIC DEFENDER_____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes____  no____  Bond hearing set for_____

Dated this __19TH__ day of __OCTOBER_____, 2000.

                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By: Jenny Butler
                                  Deputy Clerk
                              Tape No. 00- 054

cc: Copy for Judge
    U. S. Attorney

