-cr-06293-PCH    Document 67    Entered on FLSD Docket 11/13/2000    P

FILED
NOV -19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __MARION McCLEOD__ CASE NO: __00-6293-CR-FERGUSON__
AUSA __BRUCE BROWN__  *mia*  ATTY __FPD - Bot Hunt__

David Joffe, Esq. for James Alce
Richard Della Fera, Esq. for Gary Williams
Michael Smith, Esq. for Damon Walters
David Hodge, Esq. for Curtis Jones
Howard Greitzer, Esq. Clemente Alexis

M/due Dec 8   00-056
              @ 2246

DEFT __CLIVE WILLIAMS__ CASE NO: __00-6297-CR-DIMITROULEAS__
AUSA __KATHLEEN RICE__ ATTY __SHELDON ZIPKIN, ESQ.__

Cancel - set for trial - disc rec'd
                              @ 2371

DEFT __IVORY KNIGHTS__ CASE NO: __00-6295-CR-DIMITROULEAS__
AUSA __BRUCE BROWN__ / *Schulze*  ATTY __FPD Bot Hunt for Schulz__
                                              @ 2355
Disc out -

DEFT __MICHELE REID__ CASE NO: __00-6310-CR-FERGUSON__
AUSA __JEFF KAY__ ATTY __FPD Bot Hunt__

Disc rec'd - No pending mot.   @ 2439

DATE __11-9-00__ TIME __11:00 A.M.__