*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

UNITED STATES OF AMERICA,

                     Case No. 00-6293-Cr-FERGUSON

         Plaintiff,

    vs.                 MIAMI, *FLORIDA*
                       NOVEMBER 1, 2000

TROY BROWN, CLEMENTE ALEXIS,
TRAVIS BRAYBOY, MARION McCLEOD,
JAMES ALCE, GARY WILLIAMS,
DAMON WALTERS and CURTIS JONES,



         Defendants.

---

TRANSCRIPT OF PRETRIAL DETENTION HEARING
BEFORE THE HONORABLE LURANA S. SNOW,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

         **BRUCE BROWN, A.U.S.A**
         500 East Broward Blvd. N.E. 4th Street
         Ft. Lauderdale, FL

FOR THE DEFENDANT McCLEOD

         **TIMOTHY DAY, A.F.P.D.**
         101 N.E. 3rd Avenue N.E.
         Ft. Lauderdale, FL