UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6293-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

MARION McCLEOD, et al., :

    Defendant. :
_____/

NIGHT BOX
FILED
DEC - 4 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## MOTION TO ADOPT CO-DEFENDANT
## ALEXIS' MOTION FOR PRETRIAL JAMES HEARING

The Defendant, Marion McCleod, by and through his undersigned counsel, requests this Honorable Court to allow him to adopt co-defendant Clemente Alexis' Motion for Pretrial James Hearing and Motion for Pretrial Hearing to Determine Admissibility of Co-defendants' Out-Of-Court Statements and states unto the Court as follows:

The defendant states that the circumstances set forth in defendant Alexis' motion apply equally to this defendant.

WHEREFORE, the defendant respectfully requests that this Court grant the relief requested herein and grant any other relief that this Court deems just and proper.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
     Timothy M. Day
     Assistant Federal Public Defender
     Florida Bar No. 360325
     101 N.E. 3rd Avenue
     Suite 202
     Fort Lauderdale, Florida 33301
     (954) 356-7436
     (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ⁴/ day of December, 2000 to Bruce Brown, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301; Michael G. Smith, Esquire, 633 S.E. 3rd Avenue, Suite 4F, Fort Lauderdale, Florida 33301-3151; Howard L. Greitzer, Esquire, 600 N.E. 3rd Avenue, Fort Lauderdale, Florida 33304; David P. Hodge, Esquire, 727 N.E. 3rd Avenue, Fort Lauderdale, Florida 33304-2646; David J. Joffe, Esquire, 2900 Bridgeport Avenue, Suite 401, Miami, Florida 33133-3606; Richard F. Della Fera, Esquire, 200 E. Broward Blvd., Suite 1210, Fort Lauderdale, Florida 33301-1933.

Timothy M. Day

S:\DAY\McCleod\AdoptJames.01.wpd

3