UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6293-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,    :

    Plaintiff,                            :

vs.                                                   :

MARION McCLEOD, et al.,        :

    Defendant.                         :
_____/



## UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Marion McCleod, through his undersigned counsel hereby files this request for a continuance of the trial in the above styled case and as grounds in support thereof states:

1. The defendant was arraigned October 13, 2000 on an indictment charging him with violating 21 U.S.C. § 841 or conspiracy to possess with intent to distribute crack cocaine.

2. The defendant was arrested pursuant to a law enforcement/Department of Justice initiative known as the "Weed and Seed" program.

3. The defendant intends to file a motion to dismiss the indictment based on selective prosecution. This motion requires a statistical showing, by the defendant, of the prosecution of one race to the exclusion of another similarly situated race. Compiling the statistics required is a time consuming and laborious process. To date, the process is ongoing. Additional time is necessary to



complete the task. Accordingly, the defendant requests a continuance of the trial. This is the first trial setting in the case.

4. Assistant United States Attorney Bruce Brown has been contacted and states that he has no objection to this motion.

WHEREFORE, the defendant respectfully requests that this Court grant this motion for continuance.

                              Respectfully submitted,

                              KATHLEEN M. WILLIAMS
                              FEDERAL PUBLIC DEFENDER

By: _____
      Timothy M. Day
      Assistant Federal Public Defender
      Florida Bar No. 360325
      101 N.E. 3rd Avenue
      Suite 202
      Fort Lauderdale, Florida 33301
      (954) 356-7436
      (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ___ day of December, 2000 to Bruce Brown, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301; Michael G. Smith, Esquire, 633 S.E. 3rd Avenue, Suite 4F, Fort Lauderdale, Florida 33301-3151; Howard L. Greitzer, Esquire, 600 N.E. 3rd Avenue, Fort Lauderdale, Florida 33304; David P. Hodge, Esquire, 727 N.E. 3rd Avenue, Fort Lauderdale, Florida 33304-2646; David J. Joffe, Esquire, 2900 Bridgeport Avenue, Suite 401, Miami, Florida 33133-3606; Richard F. Della Fera, Esquire, 200 E. Broward Blvd., Suite 1210, Fort Lauderdale, Florida 33301-1933.

Timothy M. Day

S:\DAY\McCleod\Time.01.wpd

3