UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6293-CR-FERGUSON

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

MARION McCLEOD, et al., :

    Defendant. :
_____/

# MOTION FOR ADDITIONAL TIME TO
# FILE PRETRIAL MOTIONS

The Defendant, Marion McCleod, through his undersigned counsel hereby files this request for additional time to file pretrial motions and as grounds in support thereof states:

1. The defendant was arraigned October 13, 2000 on an indictment charging him with violating 21 U.S.C. § 841 or conspiracy to possess with intent to distribute crack cocaine. The defendant previously requested additional time to file pre-trial motions and the court granted the request setting the date of January 5, 2001 as the date for filing motions.

2. The defendant was arrested pursuant to a law enforcement/Department of Justice initiative known as the "Weed and Seed" program.

3. The defendant intends to file a motion to dismiss the indictment based on selective



prosecution. This motion requires a statistical showing, by the defendant, of the prosecution of one race to the exclusion of another similarly situated race. Compiling the statistics required is a time consuming and laborious process. To date, preliminary statistics have been received from the Broward County Clerk's office demonstrating that there exist white crack dealers that have not been prosecuted in the Southern District of Florida. The compiling of statistics from Broward is ongoing and is not complete. Furthermore the same statistics from Dade, Palm Beach, and Martin Counties have yet to be received. Additional time is necessary to complete the task. Accordingly, the defendant requests additional time within which to file the motion.

4. Assistant United States Attorney Bruce Brown was unable to be reached to ascertain his position on the motion.

WHEREFORE, the defendant respectfully requests that this Court grant additional time within which to file pretrial motions.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 5 day of January, 2001 to Bruce Brown, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301; Michael G. Smith, Esquire, 633 S.E. 3rd Avenue, Suite 4F, Fort Lauderdale, Florida 33301-3151; Howard L. Greitzer, Esquire, 600 N.E. 3rd Avenue, Fort Lauderdale, Florida 33304; David P. Hodge, Esquire, 727 N.E. 3rd Avenue, Fort Lauderdale, Florida 33304-2646; David J. Joffe, Esquire, 2900 Bridgeport Avenue, Suite 401, Miami, Florida 33133-3606; Richard F. Della Fera, Esquire, 200 E. Broward Blvd., Suite 1210, Fort Lauderdale, Florida 33301-1933.

Timothy M. Day

S:\DAY\McCleod\Time.02.wpd