UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA, )
                              )   CASE NUMBER
            PLAINTIFF,        )   00-6293-CR-FERGUSON
                              )
      VS.                     )
                              )
CLEMENTE ALEXIS,              )   THIS VOLUME:
MARION MCCLEOD,               )   PAGES 1 - 98
JAMES ALCE,                   )
GARY WILLIAMS,                )
DAMON WALTERS, AND            )
CURTIS JONES,                 )
                              )
            DEFENDANTS.       )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING AND
ARRAIGNMENT HAD BEFORE THE HONORABLE LURANA S. SNOW, IN FORT
LAUDERDALE, BROWARD COUNTY, FLORIDA, ON OCTOBER 19, 2000, IN
THE ABOVE-STYLED MATTER.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

93

# NOT

# SCANNED

PLEASE REFER TO COURT FILE