UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,
                    Plaintiff,

            Vs.

CLEMENTE ALEXIS,
TRAVIS BRAYBOY,
MARION MCCLEOD,
JAMES ALCE,
GARY WILLIAMS,
DAMON WALTERS , and
CURTIS JONES,

                    Defendants.
_____/



## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been set for **CHANGE OF PLEA** on

Wednesday, May 30, 2001 at 9:00 a.m., before the Honorable Wilkie D. Ferguson, Jr., United

States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor,

Courtroom 207A, Fort Lauderdale, Florida.

        **DONE AND ORDERED** at Miami, Florida this ___15th___ day of May 2001.

                                        DELORIS MCINTOSH
                                        COURTROOM DEPUTY

cc:
Bruce Brown, AUSA, Howard Greitzer, Esq., Tim Day, AFPD, David Joffe, Esq., Richard Della
Fara, Esq , Michael Smith, Esq., and David Hodge, Esq.,

