UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

**MINUTES CHANGE OF PLEA**

MARION McCLEOD, (J)
        Defendant.
_____/



FILED by _____ D.C.
MAY 30 2001

On May 30, 2001, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Tim Day, Esq., appointed by the **Court/retained** by the defendant, and said defendant stated in open court that **he/her** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) _____ the indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

- ( )    The Court proceeded to pronounce sentence.

- (X)    The Court postponed sentencing until **August 10, 2001** 9:30 a.m.,

- ( )    and the defendant was allowed to remain on present bond until then;

- ( )    and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

- ( )    and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Anita LaRocca</u>
Clerk <u>Deloris McIntosh</u>

132