FILED by _PM_ D.C.

AUG 10 01

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6293-CR-FERGUSON__

DEFENDANT __MARION McCLEOD (J)__    JUDGE __WILKIE D. FERGUSON__

Deputy Clerk __Deloris McIntosh__    DATE __8/10/01__

Court Reporter __Steven Franklin__    USPO __Carolyn Dorville/Donald Jefferson__

AUSA __Bruce Brown__    Deft's Counsel __Tim Day, AFPD__

COUNTS DISMISSED __All Others__

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.    10 Days to Appeal

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment    Years ___    Months __39__    Counts __1  defendant to Receive Credit for Time Served__

(Supervised Release)
Probation    Years __3__    Months ___    Counts __/__

Comments __Participate in Drug/Mental Health Treatment Program;__
__Maintain Full-time Employment__
__Recommend Shock Incarceration Program__

Assessment $ __100__    Fine $ __1,500 Payable immediately__

Restitution /Other _____

✓ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

168