PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65783

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6293-CR-HUCK</u>



## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Marion McCleod

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, United States District Court Judge, Ft. Lauderdale, Florida

Date of Original Sentence: August 10, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Crack Cocaine, 21 U. S. C.§846 a Class C felony |
| Original Sentence: | 39 months imprisonment, followed by three (3) years supervised release. Special Conditions: Substance abuse/mental health treatment, shall maintain full-time employment and not to be unemployed over 30 days and a $1,500 fine. |

Type of Supervision: Supervised Release        Date Supervision Commenced: August 12, 2003

Assistant U.S. Attorney:                              Defense Attorney:  
Bruce Brown                                                Timothy Day

## PETITIONING THE COURT

[ ]   To issue a warrant  
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition,** by failing to work regularly at a lawful occupation. On or about October 15, 2003, the defendant was terminated from Jaxsons Ice Cream Parlour, located at 128 Federal Highway, Dania, Florida, and to date, has failed to obtain full-time acceptable employment. |



PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65783

2. **Violation of Mandatory Condition,** by failing to satisfy the court-ordered fine. On August 10, 2001, a fine in the amount of $1,500. was ordered by the court and the defendant has failed to satisfy this obligation as agreed.

3. **Violation of Mandatory Condition,** by failing to submit to drug testing. On September 9, 10, 22, 24, 2003 and November 28, 2003, the defendant failed to report for Code-A-Phone.

4. **Violation of Special Condition,** by failing to participate in an approved mental health treatment program. On or about November 1, 2003 and December 7, 2003, the defendant failed to attend his appointment with Spectrum Programs and to date, has not satisfactorily participated in treatment as directed.

5. **Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report within the first (5) five days of each month. The defendant has failed to submit a written monthly report for the months of November and December, 2003.

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be  
[]   revoked.  
[]   extended for _ years, for a total term of _ years.

[]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by Karen G. Anderson  
Karen G. Anderson  
U.S. Probation Officer  
Phone: (954)769-5575  
Date: January 15, 2004



THE COURT ORDERS:

PROB 12C                                                             SD/FL PACTS No. 65783
(SD/FL 9/96)

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

January 27, 2004
Date