# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND: _____

CASE NO.: _00- 6293 - HUCK_

UNITED STATES OF AMERICA

Plaintiff,

v. Marion Mc Cleod

Defendant,

_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and ou personal representatives, jointly and severally, are bound to pay the United States of America, the sum of $ _50,000 PSB_

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, i accordance with any and all orders and directions relating to the defendant's appearance in this case, includin appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any oth United States District Court to which the defendant may be held to answer or the cause transferred. The defendant to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any ord or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or reviev which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to whic the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of th bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferre to another district may travel to that district as required for court appearances and trial preparation upon written notic to the Clerk of this court, or the court to which the case has been removed or transferred. The Southern District Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, India River, Okeechobee, and Highlands.**

3. May not change his or her present address as recorded on page 4 of this bond without prior permission writing from the court.

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the addre on this bond or in open court or to the address as changed by permission from the court. The defendant is required ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. no event may a defendant assume that his or her case has been dismissed unless the court has entered an order dismissal.

5. Shall not commit any act in violation of state or federal laws.



DEFENDANT: *Marion McCloud*
CASE NUMBER: *OO - 6293 - Hudc*
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the speci:
conditions checked below:

___a.  Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any trav
      documents during the pendency of the case;

_✓_b.  Report to ~~Pretrial Services~~ *PROBATION* as follows: ( ✓ ) *as directed or _____ times in person and _____ times by telephon*

___c.  Submit to substance abuse testing and/or treatment as directed by Pretrial Services;

___d.  Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as define
      in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medic:
      practitioner;

___e.  Participate in mental health assessment and/or treatment;

___f.  Participate and undergo a sex offense specific evaluation and treatment;

___g.  Maintain or actively seek full-time employment;

___h.  Maintain or begin an educational program;

___i.  Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

___j.  Refrain from possessing a firearm, destructive device or other dangerous weapons;

___k.  None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, re
      or personal, until the bond is discharged, or otherwise modified by the Court;

___l.  May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminal.
      train stations, etc.*;

___m.  No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), an
      follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;

___n.  **HOME CONFINEMENT PROGRAM**   The defendant shall participate in one of the following hom
      confinement program components and abide by all the requirements of the program which ( ) will not or
      ( ) will include electronic monitoring or other location verification system, paid for by the defendar
      *based upon his/her ability to pay* ( ) or paid for by Pretrial Services ( ).

      _____  Curfew: You are restricted to your residence every day from _____ to _____, or as directe
           by the Court.

      _____  Home Detention: You are restricted to your residence at all times except for: ( ) medical needs
           treatment, ( ) court appearances,  ( ) attorney visits or court ordered obligations, and ( ) oth

___o.  **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community correctio
      center and abide by all the rules and regulations of the program.
      You are restricted to the halfway house at all times except for: ( ) **employment;** ( ) **education;**
      ( ) **religious services;** ( ) **medical, substance abuse, or mental health treatment;** ( ) **attorney visits;**
      ( ) **court appearances;** ( ) **court ordered obligations;** ( ) **reporting to Pretrial Services; and**
      ( ) **other** _____

___p.  May travel to and from:_____, and must notify Pretrial Services of travel pla
      before leaving and upon return.

___q.  Comply with the following additional conditions of bond:
      _____
      _____

DEFENDANT: Marion McCloud
CASE NUMBER: 00 - 6293 - Huck
PAGE THREE

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for t defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any b posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon convicti for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to a other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a crimir investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offen punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informa or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court ord If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service a sentence, or appeal or certiorari after conviction for:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or mo the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or bot

(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, t defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both

(3)     any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than tw years, or both;

(4)     a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than o year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, whi means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applical laws of the United States.

DEFENDANT: *Marion McCloud*
CASE NUMBER: 00-6293-Huck
PAGE FOUR

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this _____ day of ____March____, 20 04, at ____Miami____, Florida.
Signed and acknowledged before me:
WITNESS: _C.S. Huggins_     DEFENDANT:(Signature) X Marion McCloud
ADDRESS: _F.P.D._     X
_____ ZIP _____     ADDRESS: X 1295 NW 2 AVE
                                      X _____ ZIP 33311
                                      TELEPHONE: X 954 525 6329

### CORPORATE SURETY

Signed this _____ day of _____, 20____, at _____, Florida.
SURETY: _____     AGENT:(Signature) _____
ADDRESS: _____     PRINT NAME: _____
_____ ZIP _____     TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this__ day of ____, 20__, at _____, Florida.     Signed this__ day of ____, 20__, at _____, Florida.
SURETY:(Signature) _____     SURETY:(Signature) _____
PRINT NAME: _____     PRINT NAME: _____
RELATIONSHIP TO     RELATIONSHIP TO
DEFENDANT: _____     DEFENDANT: _____
ADDRESS: _____     ADDRESS: _____
_____ ZIP _____     _____ ZIP _____
TELEPHONE: _____     TELEPHONE: _____

### APPROVAL BY COURT

Date: 3-1-04 _____

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER