UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6293-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARION MCCLEOD,

    Defendant.
_____/

### NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that the Final Revocation Hearing for the above-named Defendant will be held on **Thursday, March 25, 2004, at 11:30 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Miami, Florida 33132.

DATED:    March 16, 2004

                                                Genevieve McGee
                                               Courtroom Deputy to the Honorable
                                               Paul C. Huck

cc:    Jonathan Lopez, AUSA
       Michael Spivack, AFPD
       Karen Anderson, U.S. Probation Officer
       U.S. Pretrial Services