UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO: 00-6293-CR-HUCK

vs.

MARION MCCLEOD,

    Defendant.
_____/



FILED by _____ D.C.

MAR 2 5 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER ON FINAL REVOCATION HEARING AND
## ORDER MODIFYING TERMS OF SUPERVISED RELEASE

    It appearing to the Court that on August 10, 2001, the Defendant was sentenced in the Southern District of Florida, Miami Division, to a term of thirty-nine (39) months (defendant received credit for time served) imprisonment after the Defendant plead guilty. It was further ordered that the Defendant serve a supervised release term of three (3) years. The Defendant admitted guilt to having violated conditions of supervision.

    The Defendant having now been duly brought before this Court for hearing on March 25, 2004, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his conditions of supervised release by:

    1) Failing to work regularly at a lawful occupation. On or about October 15, 2003, the defendant was terminated from Jaxsons Ice Cream Parlour and to date has failed to obtain full-time acceptable employment.

    2) Failing to satisfy the court ordered fine. On August 10, 2001, a fine in the amount of $1,500.00 was ordered by the Court and the defendant has failed to satisfy this obligation as agreed.

    3) Failing to submit to drug testing. On September 9, 10, 22, 24, 2003 and November 28, 2003, the defendant failed to report for Code-A-Phone.

    4) Failing to participate in an approved mental health treatment program. On or about November 1, 2003 and December 7, 2003, the defendant failed to attend his appointment with Spectrum Programs and to date, has not satisfactorily participated in treatment as directed.

5) Failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The defendant has failed to submit a written monthly report for the months of November and December, 2003.

The Defendant voluntarily admitted to having violated his conditions of supervision. The Court having made a finding that the defendant has violated his conditions of supervised release and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **modified** as follows:

1. The Defendant shall be placed in a Community Correctional Facility for a term of six (6) months.

2. The fine imposed by this Court shall be suspended until the Defendant is able to make payments. The U.S. Probation Officer shall determine whether the Defendant has the ability to start making the payments. It is further

**ORDERED AND ADJUDGED** that the defendant shall abide by all other terms and conditions of supervised release previously ordered by this Court.

**DONE AND ORDERED** at Miami, Florida this 25 day of March, 2004

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    Lynn Rosenthal, AUSA
       Michael Spivack, AFPD
       Karen Anderson, U.S. Probation Officer