PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65783

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6293-CR-HUCK</u>



FILED by ___ D.C.

    2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Marion McCleod

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, United States District Court Judge, Ft. Lauderdale, Florida

Date of Original Sentence: August 10, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Crack Cocaine, 21 U. S. C. §846 a Class C felony |
| Original Sentence: | 39 months imprisonment, followed by three (3) years supervised release. Special Conditions: Substance abuse/mental health treatment, shall maintain full-time employment and not to be unemployed over 30 days and a $1,500 fine. On March 25, 2004, subject's conditions were modified to include six (6) months placement at a Community Correctional Center. Fine imposed shall be suspended until the defendant is able to pay. |

Type of Supervision: Supervised Release            Date Supervision Commenced: August 12, 2003

Assistant U.S. Attorney:                               Defense Attorney:
Bruce Brown                                            Timothy Day

## PETITIONING THE COURT

[X]   To issue a warrant  
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Special Condition,** by failing to participate in the Community Corrections Center. On or about June 7, 2004, the defendant was unsuccessfully discharged from the Community Corrections Center for |

266

PROB 12C                                                        SD/FL PACTS No. 65783
(SD/FL 9/96)

    having sexual contact with a female resident.


U.S. Probation Officer Recommendation:

[X]    The term of supervision should be
[X]    revoked.
[ ]    extended for _ years, for a total term of _ years.

[ ]    The conditions of supervision should be modified as follows:


    Respectfully submitted,

by    Karen G. Anderson
    U.S. Probation Officer
    Phone: (954)769-5575
    Date: June 15, 2004

---

THE COURT ORDERS:

[ ]    No Action
[✓]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

July 8, 2004
Date