UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: 00-6293-CR-Huck
REPORT COMMENCING CRIMINAL ACTION

McCleod, Marion, Christopher
Defendant

55498-004
USMS Number

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT        (circle one)

FILED
JUL 13 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
MIAMI

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A

(1) DATE AND TIME OF ARREST: 7/9/04  3:00   AM ___ PM ✓

(2) LANGUAGE SPOKEN: ENGLISH

(3) OFFENSE(S) CHARGED: Probation Violation

(4) UNITED STATES CITIZEN: (✓) YES  ( ) NO  ( ) UNKNOWN

(5) DATE OF BIRTH: 6/28/81

(6) TYPE OF CHARGING DOCUMENT: (check one)
[ ] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
    CASE # ____
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[✓] PROBATION VIOLATION WARRANT
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: S/FL  FT Lauderdale
COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES  [ ] NO

AMOUNT OF BOND: $_____   WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 7/9/04   ARRESTING OFFICER: R. Kirby

(10) AGENCY: US Marshals   (11) PHONE: 954 356 7254

(12) COMMENTS: _____

