UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _00-6293- Huck (22)_

UNITED STATES OF AMERICA,

vs.

_Marion McCleod_

**WAIVER**

I, _Marion McCleod_, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to ___Probation Probable Cause Hearing___ .

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on _7-12-04_, my right to _Probation Probable Cause Hearing_ .

DATED:                                   _Marion McCleod_
                                                Defendant

                                         _____
                                         Counsel for Defendant

**MAGISTRATE JUDGE'S CERTIFICATE**

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to ___Probation Probable Cause Hearing___ .

DATED this _12_ day of _July_, 2004, at _Miami, FL_
Southern District of Florida.

TAPE NO. 04G-17-265

c: AUSA
   Defense Counsel
   Probation

                                         UNITED STATES MAGISTRATE JUDGE
                                         WILLIAM C. TURNOFF

