UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6293-Cr-Huck

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARION McCLEOD,

    Defendant.
_____/

### NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Michael Spivack. Please direct any future inquiries, pleadings or correspondence to Michael Spivack on behalf of the defendant, Marion McCleod.

    Respectfully submitted,

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    By: _____
    Michael Spivack
    Assistant Federal Public Defender
    Florida Bar No. 0508969
    150 West Flagler Street
    Suite 1700
    Miami, Florida 33130
    Telephone: (305) 530-7000
    Facsimile : (305) 536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via interagency mail to the United States Attorney, 99 N.E. 4th Street, Miami, Florida, 33132 this 15th day of July, 2004.

By: _____
   Michael Spivack

**FAXBACK SERVICE LIST**

Michael Spivack, Esq.
Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000
Fax:(305)536-4559
Counsel for Marion McCleod

United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305)961-9000
Fax:(305)530-7976
Counsel for the Government