PROB 19a                                                                        SD/FL PACTS No. 65783

FILED by _____ D.C.
INTAKE
JUL 29 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6293-CR-HUCK**

Certified to be a true and correct copy of the ...
Clarence Madd...
U.S. Distric...
Southern District of Florida
By _____ Deputy Clerk
Date 7-8-04

U.S.A. vs Marion McCleod

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

### WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Marion McCleod | Male | Black | 22 |

| ADDRESS (STREET,CITY,STATE) |
|---|
| 1245 NW 2 Avneue, Fort Lauderdale, FL 33311 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court | August 10, 2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE) |
|---|
| U.S. District Court, Miami, FL |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | Genevieve McGee | July 8, 2004 |

### RETURN

| Warrant received and executed. | DATE RECEIVED 7/8/04 | DATE EXECUTED 7/9/04 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS Ft. Lauderdale |

| NAME Christina Pharo, US Marshal S/D FL | (BY) Sabrina Livingston, ASDUSM | DATE 7/9/04 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."