UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARION MCCLEOD,

    Defendant.
_____/



FILED by ___ D.C.
AUG 0 2 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that the Final Revocation Hearing for the above named defendant will be held on **Thursday, August 12, 2004 at 2:30 p.m.** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    August 2, 2004

_____
Genevieve McGee
Courtroom Deputy to the Honorable
Paul C. Huck

cc:    Jonathan Lopez, AUSA
       Michael Spivack, AFPD
       Karen G. Anderson, U.S. Probation Officer
       U.S. Pretrial Services