FILED by _____ D.C.

AUG 12 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUDGE PAUL C. HUCK MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE: August 12, 2004                CASE NUMBER: 00-6293-CR-HUCK

DEFENDANT: MARION MCCLEOD            COUNSEL: Michael Spivack, AFPD

AUSA: David Haimes                   PROB. OFFICER: Karen Anderson

CLERK: Genevieve McGee               CT REPORTER: Patricia Sanders

---

✓ Supervised Release Revocation Hearing Held;

___ Supervised Release Revocation Hearing continued to _____ @ _____
    at the request of government/defendant.

✓ Defendant admits violation of Supervised Release;

___ Defendant denies violation of Supervised Release;

✓ Court finds defendant violated terms of supervised release;

___ Court fails to find defendant violated terms of supervised release;

___ Court defers ruling;

___ Case taken under advisement:

___ Bond pending appeal set at $_____;

MISC: _____

_____

_____

_____

**SENTENCING**

_____ SENTENCING CONTINUED TO: _____ @ _____

SENTENCING TEXT: Supervised Release revoked; BOP 7 months; No Supervised Release to follow

commenced: _____    Terminated: _____

