UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARION MCCLEOD,
Reg. No. 55498-004,
DOB: 06/28/81

    Defendant.
_____/

CASE NO: 00-6293-CR-HUCK

FILED by _____ D.C.

AUG 1 2 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## JUDGMENT AND COMMITMENT
## UPON REVOCATION OF SUPERVISED RELEASE
### (for Offenses Committed on or after November 1, 1987)

It appearing to the Court that on August 10, 2001, the Defendant was sentenced in the Southern District of Florida, Miami Division, to a term of thirty-nine (39) months (defendant received credit for time served) imprisonment after the Defendant plead guilty. It was further ordered that the Defendant serve a supervised release term of three (3) years. The Defendant admitted guilt to having violated conditions of supervision.

The Defendant having now been duly brought before this Court for hearing on August 12, 2004, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his conditions of supervised release by:

1) Failing to participate in the Community Corrections Center. On or about June 7, 2004, the defendant was unsuccessfully discharged from the Community Corrections Center for having sexual contact with a female resident.

The Defendant voluntarily admitted to having violated his conditions of supervision. The Court having made a finding that the defendant has violated his conditions of supervised release, it is



**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **revoked**, it being further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **seven (7) months**. No supervised release shall be imposed upon the defendant's release from imprisonment.

**ORDERED AND ADJUDGED** that the defendant is remanded to the custody of the United States Marshal Service.

**DONE AND ORDERED** at Miami, Florida this _13th_ day of August, 2004.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:  David Haimes, AUSA
Michael Spivack, AFPD
Karen Anderson, U.S. Probation Officer
U.S. Marshals Service (3 certified)